1 CHRIS COSCA      SBN 144546
LAW OFFICES OF CHRIS COSCA
2 1007 7th Street, Suite 210
Sacramento, CA 95814
3 (916) 440-1010

4 Attorney for Defendant
ALEJANDRO MORENO GUTIERREZ

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ALEJANDRO MORENO GUTIERREZ,<br><br>  Defendant. | Case No.: 2:09-CR-0358 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE JUDGMENT AND SENTENCING**<br><br>**DATE:** January 23, 2012<br>**TIME:** 9:30 a.m.<br>**JUDGE:** Hon. William B. Shubb |

## Stipulation

The parties, through their undersigned counsel, stipulate that the judgment and sentencing hearing currently scheduled for January 23, 2012 may be continued to March 5, 2012 at 9:30 a.m. The parties require additional time to prepare and gather facts relevant to judgment and sentencing herein.

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: January 18, 2012           by     /s/ Chris Cosca
                                          Chris Cosca
                                          Attorney for Defendant
                                          ALEJANDRO MORENO GUTIERREZ

DATED: January 18, 2012                    by       /s/ Chris Cosca for_____
                                                    Heiko Coppola
                                                    Assistant U. S. Attorney

### Order

Good cause appearing,

The judgment and sentence hearing currently scheduled for January 23, 2012 is continued to March 5, 2012 at 9:30 a.m.

IT IS SO ORDERED.

DATED:   January 19, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE